# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JONATHAN JOHNSON, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-119 |
| | * | |
| v. | * | |
| | * | |
| WARDEN JEFFRY FIKES, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 11. Petitioner Jonathan Johnson ("Johnson") did not file Objections to this Report and Recommendation.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. Thus, the Court **GRANTS** Respondent's Motion to Dismiss, **DISMISSES without prejudice** Johnson's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Johnson in

AO 72A
(Rev. 8/82)

*forma pauperis* status on appeal.

**SO ORDERED**, this ___13___ day of ___July___, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA